# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY UTU, individually,<br><br>  Plaintiff,<br><br>  v.<br><br>MANOR CARE OF FOUNTAIN VALLEY, CA, LLC dba MANORCARE HEALTH SERVICES – FOUNTAIN VALLEY; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No. 8:22-cv-01656 JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SUBSTITUTE MARY A. TRAN, D.O. AS FICTITIOUSLY NAMED DEFENDANT DOE 1 AND REMAND CASE TO STATE COURT** |

  Plaintiff Lucy Utu ("Utu" filed an Ex Parte Application requesting to substitute Mary A. Tran, D.O. as fictitiously named Defendant Doe 1.  Utu contends that both Utu and Dr. Tran are California citizens, and that the substitution will deprive this Court of diversity jurisdiction and will require remand to the Orange County Superior Court.

  Utu's Ex Parte Application is hereby GRANTED.

  Utu has provided sufficient evidence that she and her counsel were unaware of Dr. Tran's identity prior to filing this action because they were unaware of the facts giving rise to a cause of action against Dr. Tran at the time.  See *Fuller v. Tucker*, 84 Cal.App.4th 1163, 1170 (2000).

/ / /

Additionally, it appears that Utu does not seek the substitution for the purpose of defeating this Court's subject matter jurisdiction, but rather, that Utu has a valid basis for a claim against Dr. Tran.  If the substitution is not permitted, Utu will be prejudiced from the inability to pursue the claim against Dr. Tran as part of this case.

The evidence is sufficient to show that Dr. Tran is a citizen of California, and Defendant has not produced any evidence showing Dr. Tran is a citizen of a State other than California.  The substitution therefore results in a lack of diversity of the parties depriving this Court of subject matter jurisdiction.

It is therefore ordered that Mary A. Tran, D.O. is substituted as fictitiously named Defendant Doe 1, and that this case be remanded to the Orange County Superior Court.

IT IS SO ORDERED.

**DENIED**

**BY ORDER OF THE COURT**

Dated: _____   _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**Denied without prejudice to the pending motion to remand and any motion to amend.  JVS October 13, 2022**